UNITED STATES DISTRICT COURT

Northern District of California

Oakland Division

| | |
|---|---|
| JERROLD HAUPTMAN<br><br>         Plaintiff,<br>    v.<br>NATIONAL UNION FIRE INS. CO.<br><br>         Defendant. | No. C 10-04683 LB<br><br>**ORDER DIRECTING PARTIES TO FILE CONSENT/DECLINATION FORM** |

On January 3, 2011, the parties in this action filed a Stipulation and Proposed Order for Dismissal. ECF No. 8. Before the Court can approve the parties' Stipulation dismissing this action, the parties must consent to United State Magistrate Judge Laurel Beeler's jurisdiction. *See* 28 U.S.C. § 636(c). The Court therefore directs the parties to complete and file the attached form either consenting to or declining to consent to Judge Beeler's jurisdiction before January 21, 2011. Since Defendant has not yet appeared in this case, Plaintiff shall serve a copy of this order upon Defendant no later than January 7, 2011 and shall electronically file with the Court a copy of the proof of service.

**IT IS SO ORDERED.**

Dated: January 3, 2011

_____
LAUREL BEELER
United States Magistrate Judge

ORDER
C 10-04683

UNITED STATES DISTRICT COURT

Northern District of California

Oakland Division

| | |
|---|---|
| JERROLD HAUPTMAN, | No.  C 10-04683 LB |
| Plaintiff, | **CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE** |
| v. | |
| NATIONAL UNION FIRE INS. CO., | |
| Defendant. | |

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. § 636(c), the undersigned party hereby consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial and the entry of a final judgment.  Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: _____       _____
Signature

Counsel for _____
(Plaintiff, Defendant or indicate "pro se")

C 10-04683                                    2

UNITED STATES  DISTRICT COURT

Northern District of California

Oakland Division

| | |
|---|---|
| JERROLD HAUPTMAN, | No.  C 10-04683 LB |
| Plaintiff, | **DECLINATION TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |
| v. | |
| NATIONAL UNION FIRE INS. CO., | |
| Defendant. | |
| _____/ | |

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party declines to consent to the assignment of this case to a United States Magistrate Judge and requests the reassignment of this case to a United States District Judge.

Dated: _____           Signature_____

                                                                  Counsel for _____
                                                                  (Plaintiff, Defendant, or indicate "pro se")